# Pellettieri Rabstein and Altman

## COUNSELLORS AT LAW

John A. Hartmann, III
Andrew M. Rockman
Bruce P. Miller
Edward Slaughter, Jr.
Anne P. McHugh
Neal S. Solomon
Gary E. Adams
E. Elizabeth Sweetser
Thomas R. Smith
Martin S. Pappaterra
Thomas G. McMahon
Jed S. Kadish
Lydia Fabbro Keephart
Stan R. Gregory
Steven H. Morland, Jr.
Robert J. Adinolfi
Jeffrey S. Monaghan
Andrew L. Watson
Frank M. Crivelli

**Special Counsel**
Aleida Rivera

100 Nassau Park Boulevard
Suite 111
Princeton, New Jersey 08543-5301
(609) 520-0900 • Fax (609) 452-8796
Email: pra@pralaw.com
www.pralaw.com

Nicole J. Huckerby
Elyse C. Herman
Kristen J. Vidas
Sherri L. Warfel
Kendall W. Medway
Kimberly A. Engan
Jennifer R. Rubin
Justin R. Callow
Donald C. Barbati
Francis P. Masterson
Marisa E. Hovanec

**Counsel**
Ira C. Miller
Arthur Penn
W. Barry Rank
Craig H. Livingston
Annamaria Arpaia

Richard Altman (Retired)
George Pellettieri (1929-1980)
Ruth Rabstein (1934-2005)
George L. Pellettieri (1961-1973)
Mel Narol (1989-2002)

PR&A

May 19, 2010

<u>Via Fax 609-989-2193</u>

Attn: Melissa
The Honorable Lois Goodman
United States District Court
Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

   RE: Lay v. Nike, Inc., et als.
     Civil Action No. 09-cv-4009 (MLC)(LHG)

Dear Melissa,

  Please allow this to confirm our conversation this morning wherein I advised that Mr. Slaughter was not available for the conference call this morning in this above matter as he is out of the office in another matter.

*Conference Call Rescheduled to May 24 2010 at 11:30. Plaintiff's counsel to initiate call.*

Very truly yours,
PELLETTIERI, RABSTEIN AND ALTMAN

*Alisha Angiolillo*

ALISHA ANGIOLILLO,
PARALEGAL TO EDWARD SLAUGHTER, JR.
609-520-0900 ext. 2210
aangiolillo@pralaw.com

ES/aa
cc: Patrick J. McStravick, Esquire  (856-810-8861) fax
  Richard E. Barber, Esquire    (212-422-0925) fax

So Ordered this 19th day of May, 2010