

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Richard E. Barber*
*Direct: 212.952.1104*
*richard.barber@hcandglaw.com*

August 31, 2010

*Via ECF*

Honorable Lois Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08609

So Ordered this 3rd day of September, 2010

Re:   ***Howard R. Lay and Joanne Lay v. Modell's Sporting Goods, et al.***
      Civil Action No.: 3:09-CV-04009
      Our File No.: 348-1026

Dear Judge Goodman:

This firm represents defendant/third-party plaintiff SPARQ Products, Inc. i/s/a "SPARQ, Inc." ("SPARQ") and defendant Nike, Inc. As you may recall, SPARQ has commenced a third-party action against the product manufacturer, Wellpower Sports, based in Hong Kong ("Wellpower"). Pursuant to Your Honor's Order, dated August 6, 2010, the following will serve as an update on the status of service upon Wellpower.

On July 30, 2010, Calvin Chan of the Hong Kong authority wrote to the undersigned to advise that our request for service was "processing." See Exhibit "A." On August 18, 2010, I wrote to Mr. Chan to once again inquire as to the status of service upon Wellpower. See id.

On August 19, 2010, Mr. Chan advised that the bailiff of Hong Kong's High Court was attempting to serve Wellpower. Mr. Chan further wrote that he would advise when service was complete. See Exhibit "B."

We have not yet received confirmation that service has been effectuated. We continue to diligently pursue this issue with the Hong Kong authority and will immediately advise your Honor once service is complete.

Accordingly, it is respectfully requested that SPARQ be permitted to provide a further update to the court by September 30, 2010.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Richard E. Barber
Haworth Coleman & Gerstman, LLC

Enc.

cc: Via ECF w/enc.

Edward Slaughter, Jr., Esq.
Pellettieri, Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
CN-5301
Princeton, New Jersey 08543-5301

Patrick J. McStravick, Esq.
Hollstein, Keating, Cattell, Johnson & Goldstein, P.C.
750 Route 73 South
Suite 301
Marlton, New Jersey 08053