政 府 總 部

香 港 下 亞 厘 畢 道



**GOVERNMENT SECRETARIAT**

LOWER ALBERT ROAD
HONG KONG

本函檔號 OUR REF.:   CSO/ADM/SJ/48/2010

來函檔號 YOUR REF.:

Room 140
Central Government Offices
East Wing
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

RECEIVED

SEP 23 2010

WILLIAM T. WALSH
CLERK

14 September 2010

Richard Barber, Esq.
Haworth Coleman Gerstman, LLC
45 Broadway, 21st Floor
New York, New York 10006
United States of America

Dear Sir,

## Service of Documents on
## WELLPOWER SPORTS CO., LIMITED

We refer to your recent request and regret to inform that service of judicial documents could not be effected on the party concerned.

It is noticed that the party to be served is a limited company. Under the laws of Hong Kong, where a party is a limited company, service is usually effected by leaving at the registered office. The Registrar of the High Court asked whether you could provide proof of the registered office of the addressee (in form of a company search record obtained from the Companies Registry of Hong Kong, more details can be viewed at http://www.cr.gov.hk/en/electronic/search.htm), so that the bailiff can attempt to serve the documents again. Alternatively, you may provide another address for service.

We understand that you have enclosed to your request a Notification of Change of Address of Registered Office dated 13 May 2009 reflecting the registered address of the company, but the bailiff could not find the company at the given address. Furthermore, he was unable to effect the documents by leaving at the registered office because the method of service specifically requested is personal service on the company. Under these circumstances, you may wish to consider providing us with an updated registered address of the company and serving the documents upon the company in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.

The Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents are enclosed herewith for your disposal.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

c.c.  US District Court for the District of New Jersey

# SpeedPost 特快專遞

香港郵政 HONGKONG POST 郵件編號 Item No. **EA 052 871 855 HK**

寄件人姓名及地址
NAME AND ADDRESS OF SENDER

CSO: ADM
Room 140 East Wing, Central
Government Offices Lower Albert
Road Central
香港 HONG KONG

電話/傳真 Tel./Fax  2810 3956

收件人姓名及地址
NAME AND ADDRESS OF ADDRESSEE

The US District Court for the District of New Jersey
Mitchell H Cohen Building & US Courthouse
4th & Cooper Streets Room 1050
Camden NJ 08101
USA

郵遞區號碼（如適用）
Postal Code (if any)

電話 Tel. / 傳真  856-757-5021

**收件人聯本 ADDRESSEE'S COPY**

1 ☑ 文件 document  ☐ 商品 merchandise
   CUSTOMS DECLARATION

2 內裝物品詳情及數量
  Quantity & detailed description of contents

  ☐ 樣本 sample  ☐ 禮品 gift  ☐ 其他 other
  3  重量(公斤) Weight (kg)   4  價值 Value

  總重量(公斤)        總本價值
  Total weight (kg)   Total value

5 ☐ 屬商用物品（見附件二）-以備用
  如屬商品，其貨品編號及原產地(如知)
  If known, HS tariff number and country/origin of goods

A letter dated
14 September 2010

證明文件及
發票副數目
Number of
certificates and
invoices
數量
No. _____

☐ 是 Yes
☐ 否 No

20-9-2010
日期及寄件人簽署
Date and Sender's Signature

Speedpost Service
特快專遞服務

- Fast
  快捷
- Reliable service
  服務可靠
- Simple customs procedures
  報關手續簡便
- Competitive rates
  價格相宜