**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>**UNITED STATES MAGISTRATE JUDGE** | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

January 14, 2011

## LETTER ORDER

Re: **LAY v. MODELL'S SPORTING GOODS, et al.**
    **Civil Action No. 09-4009 (MLC)**

Dear Counsel:

The Court will conduct a telephonic status conference on February 4, 2011 at 9:30 a.m. Counsel for Plaintiffs is instructed to initiate the call. Prior to the call, counsel for Third Party Plaintiff is instructed to provide counsel for any new parties with a copy of all discovery conducted in this case to date. In addition, all counsel, including counsel for the newly added party, are instructed to confer with regard to a proposed schedule for the completion of discovery in this case.

**IT IS SO ORDERED.**

*[signature]*

**LOIS H. GOODMAN**
**United States Magistrate Judge**