DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, N.J. 07054-2891
(973) 966-6300

ATTORNEYS FOR Third-Party Defendant
Wellpower Sporting Goods Co., Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HOWARD R. LAY and JOANNE LAY, his wife,<br><br>Plaintiff,<br><br>v.<br><br><br>MODELL'S SPORTING GOODS; SPARQ, INC., NIKE, INC., ABC, INC. (1-10), and John Doe (1-10), being fictitious, jointly, individually, and in the alternative,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 09-CV-04009 (MLC) (LHG)<br><br>**NOTICE OF APPEARANCE**<br><br>**DOCUMENT FILED ELECTRONICALLY** |
| SPARQ PRODUCTS, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>WELLPOWER SPORTS CO., LIMITED,<br><br>Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

83457029.1

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Third-Party Defendant Wellpower Sporting Goods Co., Ltd., incorrectly identified as Wellpower Sports Co., Limited.

I hereby certify that I am admitted to practice in this court.

By:   /s/ JOHN C. MALONEY, JR.
        JOHN C. MALONEY, JR.
        DAY PITNEY LLP
        One Jefferson Road
        Parsippany, New Jersey 07054-2891

        Attorneys for Third-Party Defendant
        Wellpower Sporting Goods Co., Ltd.

DATED: February 4, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within Notice of Appearance of Third-Party Defendant Wellpower Sporting Goods Co., Ltd. was served upon the following via the Electronic Court Filing system:

>Richard E. Barber, Esq.
>Haworth Coleman & Gerstman, LLC
>45 Broadway, 21st Floor
>New York, NY 10006
>Attorneys for Defendant Nike, Inc.
>and Defendant/Third-Party Plaintiff SPARQ Products, Inc.
>
>Edward Slaughter, Esq.
>Pellettieri, Rabstein and Altman
>100 Nassau Park Boulevard
>CN 5301
>Princeton, NJ 08543-5301
>Attorneys for Plaintiffs Howard R. Lay and Joanne Lay
>
>Patrick J. McStavick, Esq.
>Hollstein, Keating, Catell, Johnson & Goldstein
>Willow Ridge Executive Office Park
>Suite 301
>750 Route 73 South
>Marlton, NJ 08053
>Attorneys for Defendants Modell's NJ II, Inc.,

/s/ JOHN C. MALONEY, JR.
JOHN C. MALONEY, JR.

DATED: February 4, 2011

83457029.1