

BOSTON    CONNECTICUT    NEW JERSEY    NEW YORK    WASHINGTON, DC

**JOHN C. MALONEY, JR.**
Attorney at Law

One Jefferson Road
Parsippany, NJ  07054-2891

T: (973) 966 8180 F: (973) 206 6638
jmaloney@daypitney.com

February 4, 2011

<u>**VIA ECF**</u>

The Honorable Lois H. Goodman
US District Court, District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State St.
Trenton, NJ 08608

   Re: <u>Lay v. Modell's Sporting Goods, et al</u>
     <u>Civil Action No.: 09-CV-04009</u>

Dear Judge Goodman:

  This firm represents Third-Party Defendant Wellpower Sporting Goods Co., Ltd. ("Wellpower") in the above-referenced matter. The Clerk's Quality Control Message entered on the docket on January 25, 2011, refers to Wellpower's Answer to the Third-Party Complaint as containing confidential information or subject to restricted access. This designation was made in error, and we respectfully request leave to correct it.

              Respectfully submitted,

              <u>/s/   JOHN C. MALONEY, JR.</u>
JCM/fee             JOHN C. MALONEY, JR.


cc: Richard E. Barber, Esq. (via ECF)
   Edward Slaughter, Esq. (via ECF)
   Patrick J. McStavick, Esq. (via ECF)

83457028.1