

# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JOHN C. MALONEY, JR.
Attorney at Law

One Jefferson Road
Parsippany, NJ  07054-2891
T: (973) 966 8180 F: (973) 206 6638
jmaloney@daypitney.com

February 4, 2011

**VIA ECF**

The Honorable Lois H. Goodman
US District Court, District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 E. State St.
Trenton, NJ 08608

Re:   Lay v. Modell's Sporting Goods, et al
      Civil Action No.: 09-CV-04009

*The Clerk's Office is instructed to unseal Docket Entry No. 45.*

*So Ordered this 10th day of February, 2011*

Dear Judge Goodman:

This firm represents Third-Party Defendant Wellpower Sporting Goods Co., Ltd. ("Wellpower") in the above-referenced matter. The Clerk's Quality Control Message entered on the docket on January 25, 2011, refers to Wellpower's Answer to the Third-Party Complaint as containing confidential information or subject to restricted access. This designation was made in error, and we respectfully request leave to correct it.

Respectfully submitted,

/s/ JOHN C. MALONEY, JR.
JOHN C. MALONEY, JR.

JCM/fee

cc:   Richard E. Barber, Esq. (via ECF)
      Edward Slaughter, Esq. (via ECF)
      Patrick J. McStavick, Esq. (via ECF)

83457028.1