# Pellettieri Rabstein and Altman
## COUNSELLORS AT LAW

John A. Hartmann, III
Andrew M. Rockman
Bruce P. Miller
Edward Slaughter, Jr.
Neal S. Solomon
Gary E. Adams
E. Elizabeth Sweetser
Thomas R. Smith
Martin S. Pappaterra
Thomas G. McMahon
Jed S. Kadish
Lydia Fabbro Keephart
Stan R. Gregory
Steven H. Morland, Jr.
Robert J. Adinolfi
Jeffrey S. Monaghan
Andrew L. Watson
Frank M. Crivelli
Peter C. Gordon

100 Nassau Park Boulevard
Suite 111
Princeton, New Jersey 08543-5301
(609) 520-0900 • Fax (609) 452-8796
Email: pra@pralaw.com
www.pralaw.com

Nicole J. Huckerby
Elyse C. Herman
Kristen J. Vidas
Sherri L. Warfel
Kendall W. Medway
Kimberly A. Engan
Jennifer R. Rubin
Donald C. Barbati
Robyn N. Howlett
Robert J. Janzekovich

Counsel
Ira C. Miller
Anne P. McHugh
Arthur Penn
W. Barry Rank
Aleida Rivera
Annamaria Arpaia

Richard Altman (Retired)
George Pellettieri (1929-1980)
Ruth Rabstein (1934-2005)
George L. Pellettieri (1961-1973)
Mel Narol (1989-2002)



March 23, 2011

Erin Glavich
Law Clerk to the Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08609

RE: Lay v. Modell's Sporting Goods, et als.
Civil Action No.: 3:09-cv-04009

Dear Ms. Glavich:

Please be advised I represent the plaintiff, Howard Lay, with regard to the above-referenced matter.

It is my understanding by copies of recent correspondence received that you are seeking responses from all parties regarding Mr. Maloney's letter dated March 2, 2011, regarding jurisdiction.

Please be advised that I will not be submitting a response. By copy of this correspondence I am advising all counsel of same.

Respectfully submitted,
PELLETTIERI, RABSTEIN AND ALTMAN

EDWARD SLAUGHTER, JR., ESQUIRE

ES/av
cc: Richard Barber, Esq.
John C. Maloney, Jr., Esq.