

WELLPOWER SPORTS CO., LIMITED

BLK A, 11/F, CHUNG MEI CENTRE, 15 HING YIP STREET, KWUN TONG, KOWLOON, HK
REPRESENTATIVE OFFICE : 12F-2, NO.90, SEC.1, FU-HSING S. RORD,
TAIPEI, TAIWAN, R.O.C.
TEL: 886-2-2772 2551~2 / 2772-2361~2    FAX: 886-2-2741 5553

# COMMERCIAL INVOICE

No.: WPS0612003

MESSRS: SPARQ Products Inc.    12/12/2006
1860 Executive Dr., Suite #A,
Oconomowoc, Wisconsin 53066,   2053
U. S. A.   262-560-1484
ATTENTION : MS. BORA ERDOS / MR. JEFF GROGAN   262-560-1497
SHIPPER BY WWLLPOWERSPORTS CO.,LTD
SHIPMENT : ON DEC. 16, 2006 (LATEST DELIVERY DATE TO FORWARDER)
DESTINATION : Wisconsin, U.S.A.

| ITEM NO. | DESCRIPTIOMN | SIZE | COLOR | QUANTITY | Units | UNIT PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| NS3015 | SPARQ POWER Band | B | Green\Black-Silve | 768 | pcs | | |
| NS3015 | SPARQ POWER Band | M | Green\Black-Greer | 2004 | pcs | | |
| NS3015 | SPARQ POWER Band | H | Green\Black-Black | 1440 | pcs | | |
| NS3001 | SPARQ Resistance Band | B | Green\Black-Silve | 240 | pcs | | |
| NS3001 | SPARQ Resistance Band | M | Green\Black-Greer | 996 | pcs | | |
| NS3001 | SPARQ Resistance Band | H | Green\Black-Black | 1188 | pcs | | |
| NS3005 | PARQ Speed Rope | 9' | Green\Black | 768 | pcs | | |
| NS3005 | PARQ Speed Rope | 10' | Green\Black | 816 | pcs | | |
| | CONSUMER PACAKING BOX | | | 500 | pcs | | |
| | CONSUMER PACAKING BOX | | | 200 | | | |
| TOTAL | | | | | | | |

SAY TOTAL U. S. DOLLAR

PLEASE REMIT TO :

BANK - HUA NAN COMMERCIAL BANK, LTD. HONG KONG BRANCH
SUITE 5601-3, 56TH FLOOR, CENTRAL PLAZA
18 HARBOUR ROAD, WANCHAI, HONG KONG
TEL: 852-2824 0288   FAX: 852-2824 2515
SWIFT: HNBKHKHH   TELEX: 87363 HNBHK HX

BENEFICIARY - WELLPOWER SPORTS CO., LIMITED

ACCOUNT NO.: 905-23-010521-0



# WELLPOWER SPORTS CO., LIMITED
BLK A, 11/F, CHUNG MEI CENTRE, 15 HING YIP STREET, KWUN TONG, KOWLOON, HK
REPRESENTATIVE OFFICE : 12F-2, NO.90, SEC.1, FU-HSING S. RORD,
TAIPEI, TAIWAN, R.O.C.
TEL: 886-2-2772 2551~2 / 2772-2361~2    FAX: 886-2-2741 5553

## COMMERCIAL INVOICE

No.: WPS0612004

MESSRS.    SPARQ Products Inc.    12/12/2006
1860 Executive Dr., Suite #A,
Oconomowoc, Wisconsin 53066,    2053
U. S. A.    262-560-1484

ATTENTION : MS. BORA ERDOS / MR. JEFF GROGAN    262-560-1497
SHIPPER BY WWLLPOWERSPORTS CO.,LTD
SHIPMENT : ON DEC.16, 2006 (LATEST DELIVERY DATE TO FORWARDER)
DESTINATION : Wisconsin, U.S.A.

| ITEM NO. | DESCRIPTIOMN | SIZE | COLOR | QUANTITY | Units | UNIT PRICE(USD) | AMOUNT(USD) |
|---|---|---|---|---|---|---|---|
| NS3015 | SPARQ Power Band | M | Green\Black-Green | 36 | pcs | ▬ | ▬ |
| NS3001 | SPARQ Resistance Band | M | Green\Black-Green | 36 | pcs | ▬ | ▬ |
| NS3005 | SPARQ Speed Rope | 9' | Green\Black | 48 | pcs | ▬ | ▬ |
| | CONSUMER PACAKING BOX | | | | | | |
| | CONSUMER PACAKING BOX | | | | | | |
| | TOTAL | | | | | | ▬ |

SAY TOTAL U. S. DOLLAR ▬

PLEASE REMIT TO :

BANK - HUA NAN COMMERCIAL BANK, LTD. HONG KONG BRANCH
SUITE 5601-3, 56TH FLOOR, CENTRAL PLAZA
18 HARBOUR ROAD, WANCHAI, HONG KONG
TEL: 852-2824 0288    FAX: 852-2824 2515
SWIFT: HNBKHKHH    TELEX: 87363 HNBHK HX

BENEFICIARY - WELLPOWER SPORTS CO., LIMITED

ACCOUNT NO.: 905-23-010521-0

**WELLPOWER SPORTS CO., LIMITED**
LK A, 11/F, CHUNG MEI CENTRE, 15 HING YIP STREET, KWUN TONG, KOWLOON, HK
REPRESENTATIVE OFFICE : 12F-2, NO.90, SEC.1, FU-HSING S. RORD,
TAIPEI, TAIWAN, R.O.C.
*WELL POWER* TEL: 886-2-2772 2551~2 / 2772-2361~2    FAX: 886-2-2741 5553

# PACKING LIST

No.: WPS0612003

MESSRS. SPARQ Products Inc.
1860 Executive Dr., Suite #A,
Oconomowoc, Wisconsin 53066,
U.S.A.

DATE : 12/12/2006

ORDER NO. : 2053
TEL : 262-560-1484
FAX : 262-560-1497

ATTENTION : MS. BORA ERDOS / MR. JEFF GROGAN
SHIPPER BY WWLLPOWERSPORTS CO.,LTD
SHIPMENT : ON DEC. 16, 2006 (LATEST DELIVERY DATE TO FORWARDER)
DESTINATION : Wisconsin, U.S.A.

| Range form-to | ITEM NO. | DESCRIPTIOMN | SIZE | COLOR | Ctn | QUANTITY | Units | N.W.(KGS) | G.W(KGS) |
|---|---|---|---|---|---|---|---|---|---|
| 1 — 64 | NS3015 | SPARQ POWER Band | B | Green\Black-Silve | 12 | 768 | pcs | 2.10 | 4.50 |
| 65 — 231 | NS3015 | SPARQ POWER Band | M | Green\Black-Greer | 12 | 2004 | pcs | 2.20 | 4.60 |
| 232 — 351 | NS3015 | SPARQ POWER Band | H | Green\Black-Black | 12 | 1440 | pcs | 2.30 | 4.70 |
| 352 — 371 | NS3001 | SPARQ Resistance Band | B | Green\Black-Silve | 12 | 240 | pcs | 2.70 | 4.80 |
| 372 — 454 | NS3001 | SPARQ Resistance Band | M | Green\Black-Greer | 12 | 996 | pcs | 3.00 | 5.10 |
| 455 — 553 | NS3001 | SPARQ Resistance Band | H | Green\Black-Black | 12 | 1188 | pcs | 3.30 | 5.40 |
| 554 — 569 | NS3005 | PARQ Speed Rope | 9' | Green\Black | 48 | 768 | pcs | 12.60 | 18.00 |
| 570 — 586 | NS3005 | PARQ Speed Rope | 10' | Green\Black | 48 | 816 | pcs | 13.20 | 18.50 |
| 587 — 587 | | CONSUMER PACAKING BOX 客人內盒 | | | 700 | 700 | pcs | 25.00 | 27.00 |
| | | **TOTAL AMOUNT:** | | | | 8920 | | 1851.50 | 3303.60 |

SPARQ
P.O.#:
SKU#:
Size:
Qty:

Country Of Origin
Carton#_   Of
Gross Weight:

SPARQ
P.O.#:

SKU#:

Qty:

Carton#_   of

| MEAS(CUFT) | | ctns |
|---|---|---|
| 1.40 | 2.54 | 64 |
| 1.40 | 6.62 | 167 |
| 1.40 | 4.76 | 120 |
| 1.37 | 0.78 | 20 |
| 1.30 | 3.05 | 83 |
| 1.30 | 3.64 | 99 |
| 5.00 | 2.27 | 16 |
| 5.00 | 2.41 | 17 |
| 4.62 | 0.13 | 1 |
| 925.02 | | 587 |
| 26.19 | | |

## WELLPOWER SPORTS CO., LIMITED
11/F, CHUNG MEI CENTRE, 15 HING YIP STREET, KWUN TONG, KOWLOON, HK
ESENTATIVE OFFICE : 12F-2, NO.90, SEC.1, FU-HSING S. RORD,
TAIPEI, TAIWAN, R.O.C.
*WELL POWER* 886-2-2772 2551~2 / 2772-2361~2  FAX: 886-2-2741 5553

# PACKING LIST

No.: WPS0612004

MESSRS. SPARQ Products Inc.  DATE : 12/12/2006
1860 Executive Dr., Suite #A,
Oconomowoc, Wisconsin 53066,  ORDER NO..: 2053
U.S.A.  TEL : 262-560-1484
ATTENTION : MS. BORA ERDOS / MR. JEFF GROGAN  FAX : 262-560-1497
SHIPPER BY WWLLPOWERSPORTS CO.,LTD
SHIPMENT : ON DEC.16, 2006 (LATEST DELIVERY DATE TO FORWARDER)
DESTINATION : Wisconsin, U.S.A.

| Range form-to | ITEM NO. | DESCRIPTION | SIZE | COLOR | Unit/Ctn | NTITY | Units | N.W.(KGS) | G.W(KGS) | MEAS(CUFT) | ctns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 – 3 | NS3015 | SPARQ Power Band | M | Green\Black-Green | 12 | 36 | pcs | 2.20 | 4.60 | 1.4 | 3 |
| 4 – 6 | NS3001 | SPARQ Resistance Ban | M | Green\Black-Green | 12 | 36 | pcs | 3.00 | 5.10 | 1.3 | 3 |
| 7 – 7 | NS3005 | SPARQ Speed Rope | 9' | Green\Black | 48 | 48 | pcs | 12.60 | 18.00 | 5.0 | 1 |
| | | TOTAL AMOUNT: | | | | 120PCS | | 28.2 | 47.1 | 13.1 | 7 |

SPARQ  SPARQ
P.O.#:  P.O.#:2053-A
SKU#:
Size:  SKU#:
Qty:
 Qty:
Country Of Origin
Carton#_  Of  Carton#_  of
Gross Weight: