**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>**UNITED STATES MAGISTRATE JUDGE** | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

April 26, 2011

**LETTER ORDER**

Re:   LAY v. MODELL'S SPORTING GOODS, et al.
      Civil Action No. 09-4009 (MLC)

Dear Counsel:

The Court will conduct a settlement conference on July 28, 2011 at 10:00 a.m. Counsel and all parties with full authority to settle are to be present in person, except that a representative with full authority for Defendant Wellpower Sports Co. may participate by telephone. Any failure in this regard may subject the party to an imposition of sanctions.

Five days before the conference, each party is to submit an *ex parte* statement of five pages or less, setting forth the issues relevant to settlement and the party's position as to settlement. No fewer than 20 days before the settlement conference, Plaintiff is to serve a settlement demand on Defendants.

The Court will conduct a status conference via telephone on June 16, 2011 at 3:00 p.m. Counsel for Plaintiff is instructed to initiate the call.

IT IS SO ORDERED.

*/s/ Lois H. Goodman*

**LOIS H. GOODMAN**
**United States Magistrate Judge**