UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD R. LAY and JOANNE LAY, <br><br> Plaintiffs, <br><br> v. <br><br> MODELL'S SPORTING GOODS, INC. SPARQ, INC. and NIKE, INC., et al, <br><br> Defendants. | No. 09-cv-04009-MLC-LHG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All parties hereby agree to dismiss named defendant "Modell's Sporting Goods, Inc.", identified also in this action as "Modell's NJ II, Inc. (incorrectly identified as "Modell's Sporting Goods, Inc.")", without prejudice.

PELLETTIERI, RABSTEIN
& ALTMAN

By: _____
Edward Slaughter, Jr. Esquire
Attorney for Plaintiffs
Howard and Joanne Lay
100 Nassau Park Boulevard, Suite 111
CN 5301
Princeton, NJ  08543-5301

Dated:_____

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN P.C.

By: _____
E. Michael Keating, Esquire
Patrick J. McStravick, Esquire
Attorney for Defendant
Modell's NJ II, Inc.
750 Route 73 South, Suite 301
Marlton, NJ 08053

Dated: 6/2/11

{1418.00003:PJM0282}

| | |
|---|---|
| **HAWORTH, COLEMAN & GERSTMAN, LLC**<br><br>By: _____<br>Scott L. Haworth, Esquire<br>Richard E. Barber, Esquire<br>Attorneys for Defendants<br>SPARQ Products, Inc. i/s/a<br>SPARQ, Inc. and NIKE Inc.<br>45 Broadway, 21st Floor<br>New York, New York 10006<br><br>Dated: 8/2/11 | **DAY PITNEY, LLP**<br><br>By: _____<br>John C. Maloney, Jr., Esquire<br>Attorney for Defendant<br>Wellpower Sporting Goods Co. Ltd.<br>One Jefferson Road<br>Parsippany, NJ  07054-2891<br><br><br><br>Dated: 8/2/11 |

**APPROVED:**  _____
                   Judge Mary L. Cooper

                         _____
                         Date

{1418.00003:PJM0282}