# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JOHN C. MALONEY, JR.
Attorney at Law

One Jefferson Road
Parsippany, NJ  07054-2891
T: (973) 966 8180 F: (973) 206 6638
jmaloney@daypitney.com

August 5, 2011

**VIA ECF**

The Honorable Lois H. Goodman
U. S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building
   & U. S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re:   Lay v. Modell's Sporting Goods, et al.
         **Civil Action No.: 09-CV-04009**

Dear Judge Goodman:

   This firm represents Third-Party Defendant Wellpower Sporting Goods Co., Ltd. ("Wellpower") (incorrectly identified as Wellpower Sports Co. Limited) in the above-entitled action.  We write to advise the Court that Defendant Third-Party Plaintiff SPARQ Products, Inc. ("SPARQ") and all other parties have agreed to dismiss Wellpower voluntarily from this lawsuit without prejudice.  A Consent Order Dismissing Third-Party Complaint Against Wellpower Without Prejudice is being filed.  Therefore, Wellpower withdraws its request for a conference to discuss its application for a stay of discovery and excusal from the August 31st Settlement Conference.

   Thank you for the Court's attention to Wellpower's request.

                              Respectfully submitted,

                              s/s  JOHN C. MALONEY, JR.
                              JOHN C. MALONEY, JR.

JCM/af

cc:   Richard E. Barber, Esq. (via ECF)
      Edward Slaughter, Esq. (via ECF)
      Patrick J. McStavick, Esq. (via ECF)
      Martin M. Adler, Esq. (via ECF)

83597693.1