**DAY PITNEY** LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JOHN C. MALONEY, JR.
Attorney at Law

One Jefferson Road
Parsippany, NJ  07054-2891

T: (973) 966 8180 F: (973) 206 6638
jmaloney@daypitney.com

August 5, 2011

**VIA ECF**

The Honorable Lois H. Goodman
US District Court, District of New Jersey
Clarkson S. fisher Federal Building & US Courthouse
402 E. State St.
Trenton, NJ 08608

      Re:   *Lay v. Modell's Sporting Goods, et al.*
              *Civil Action No.: 09-CV-04009*

Dear Judge Goodman:

      This firm represents Third-Party Defendant Wellpower Sporting Goods Co., Ltd. ("Wellpower") in the above-referenced matter.

      This morning my office inadvertently filed via ECF in this case a "Privileged and Confidential" letter addressed to a Mediator in a separate New Jersey State Court case. This mistake resulted in Document No. 66 being listed as filed in *Lay v. Modell's*. We subsequently successfully filed the intended letter to Your Honor which is now on record as Document No. 67.  Since Document No. 66 has no bearing on the above-captioned matter, we respectfully request leave either to delete it as mistakenly filed or mark it in such a way as to avoid any confusion.

      We thank Your Honor for your assistance.

      Respectfully submitted,

/s/ JOHN C. MALONEY, JR.
JOHN C. MALONEY, JR.

JCM/af

cc:    Richard E. Barber, Esq. (via ECF)
        Edward Slaughter, Esq. (via ECF)
        Patrick J. McStavick, Esq. (via ECF)
        Martin M. Adler, Esq. (via ECF)

83605894.1